IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION


GRETCHEN C. NEUMANN                                         PLAINTIFF

         v.            Civil No. 05-5155

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE                                DEFENDANT


                         **J U D G M E N T**

     On the 22nd day of August, 2006, a jury was empaneled to hear the above-captioned cause, and after hearing the testimony of witnesses, viewing the documentary evidence, and receiving the instructions of the Court, on August 25, 2006, the jury retired to consider its verdict.  That same day, the jury returned a verdict in favor of defendant on plaintiff's claim that she was subjected to retaliation by being denied timely placement in a particular job, and a verdict of $50,000 damages in favor of plaintiff on her claim of hostile environment retaliation and $50,000 damages in favor of plaintiff on her gender harassment claim.

     In her Complaint, plaintiff prayed for an award of costs and attorney's fees, and the Court finds that she is entitled to same, provided a sufficient application therefor is filed within fourteen (14) days of the date of this Judgment.  Defendant shall have ten (10) days thereafter to lodge any objections.

     **IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff have judgment against defendant in the sum of One Hundred Thousand and No/100 Dollars ($100,000.00), with interest thereon at the rate of

5.07% per annum from the date of this Judgment until same shall be paid, for all of which execution may issue.

**IT IS FURTHER ORDERED** that plaintiff is entitled to reasonable costs and attorney's fees, provided a sufficient application therefor is filed within fourteen (14) days of the entry of this Judgment.  Defendant shall have ten (10) days thereafter to lodge any objections.

**IT IS SO ORDERED**, this 28th day of August, 2006.

    **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**