IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GRETCHEN C. NEUMANN**                                                                 **PLAINTIFF**

**v.**            **Civil No. 05-5155**

**JOHN E. POTTER, POSTMASTER GENERAL,**
**UNITED STATES POSTAL SERVICE**                                                          **DEFENDANT**

O R D E R

Now on this 4th day of June, 2007, comes on for consideration plaintiff's **Amended Motion For Attorney's Fees And Costs** (document #53). There being no objection to the amount requested therein, and same appearing reasonable to the Court, it is ordered that said motion is **granted**, and plaintiff is hereby awarded, and defendant is directed to pay, attorney's fees and costs in the sum of Forty-One Thousand Three Hundred Nine and 5/100 Dollars ($41,309.05).

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**